UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-61978-AHS

GARFIELD SPENCE,

      Plaintiff,

vs.

CHERRY VALLEY INVESTMENTS LLC.

      Defendant.
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

    Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that the parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within twenty (20) days of the filing of this Notice of Settlement.

    Dated this 10th day of March, 2023.

Respectfully Submitted,

                              */s/ Alberto R. Leal*.
                              Alberto R. Leal, Esq., P.A.
                              Florida Bar No.: 1002345
                              E-Mail: albertolealesq@gmail.com
                              8927 Hypoluxo Rd. #157
                              Lake Worth, FL 33467
                              Phone: 954-637-1868
                              Attorney for Plaintiff