UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61978-AHS

GARFIELD SPENCE

    Plaintiff,

vs.

CHERRY VALLEY INVESTMENTS LLC.

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, GARFIELD SPENCE and the Defendant, CHERRY VALLEY INVESTMENTS LLC, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED March__16___, 2023.

| | |
|---|---|
| By: **/s/ Alberto R. Leal** | **By: s/ Justin C. Sorel** |
| Alberto R. Leal, Esq. | JUSTIN C. SOREL |
| Florida Bar No.: 1002345 | Florida Bar No.: 0016256 |
| Alberto R. Leal, Esq., P.A. | COLE, SCOTT & KISSANE, P.A. |
| 8927 Hypoluxo Rd. #157 | Counsel for Defendant |
| Lake Worth, FL 33467 | Esperante Building |
| Telephone: (954)637-1868 | 222 Lakeview Avenue, Suite 120 |
| Email: albertoleealesq@gmail.com | West Palm Beach, Florida 33401 |
| Attorney for Plaintiff | Telephone (561) 383-9229 |
| | Facsimile (561) 683-8977 |

Primary e-mail: justin.sorel@csklegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March _16___, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

          _ **/s/ Alberto R. Leal**_____
          **Albert R. Leal, Esq.**